UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESEAN FOUCHA,

Petitioner,

-against-

DANIEL F. MARTUSCELLO III,
MARK MILLER,

Respondents.

26-CV-5161 (LTS)

TRANSFER ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner, who is currently incarcerated at Green Haven Correctional Facility, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 challenging the constitutionality of his 2016 conviction in the New York Supreme Court, Monroe County.[1] Because Petitioner was convicted and sentenced in Monroe County, which is located in the Western District of New York, the Court transfers this action, under Local Civil Rule 83.3, to the United States District Court for the Western District of New York.

**CONCLUSION**

The Court directs the Clerk of Court to transfer this action to the United States District Court for the Western District of New York. Whether counsel should be appointed to Petitioner is a determination to be made by the transferee court. This order closes this case in this court.

Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

---

[1] Petitioner filed two other Section 2254 petitions in this court. *See Foucha v. Martuscello*, No. 26-CV-5987 (S.D.N.Y. filed July 15, 2026); *Foucha v. Martuscello*, No. 26-CV-5883 (S.D.N.Y. filed July 10, 2026). All three petitions challenge the same conviction and appear identical.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 28, 2026
New York, New York

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge